Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Kent N. Shum (SBN 259,189)
kent.shum@knobbe.com
Samantha Y. Hsu (SBN 285,853)
samantha.hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

David T. Wei (SBN 230,729)
dwei@ax-law.com
AXCEL LAW PARTNERS LLP
4 Embarcadero Center, 14 th Floor
San Francisco, CA 94111
Telephone: (415) 704-8800
Facsimile:  (415) 704-8804

Attorneys for Defendant ICU Eyewear, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ICU EYEWEAR, INC., a California corporation<br><br>　　　　　Defendant. | Civil Action No.<br>3:15-cv-00150 H (NLS)<br><br>**JOINT MOTION TO DIMISS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| ICU EYEWEAR, INC., a California corporation,<br><br>　　　　　Counterclaimant<br><br>　　v.<br><br>OAKLEY, INC., a Washington corporation,<br><br>　　　　　Counterdefendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Oakley") and Defendant ICU Eyewear, Inc. ("Defendant") acting through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action.

Oakley and Defendant have reached an agreement to resolve their dispute. This stipulated motion is submitted pursuant to the terms of a Confidential Settlement Agreement ("Settlement Agreement").

Accordingly, Oakley and Defendant stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in this action. The Parties have agreed to bear their own costs and attorneys' fees. The Parties stipulate and consent to the continuing jurisdiction of this Court to enforce compliance with the Settlement Agreement.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 4, 2015        By: */s/ Ali S. Razai*
                      Michael K. Friedland
                      michael.friedland@knobbe.com
                      Ali S. Razai
                      ali.razai@knobbe.com
                      Kent N. Shum
                      kent.shum@knobbe.com
                      Samantha Y. Hsu
                      samantha.hsu@knobbe.com
                 Attorneys for Plaintiff Oakley, Inc.

AXCEL LAW PARTNERS LLP

Dated: August 4, 2015        By: */s/ David T. Wei (with permission)*
                      David T. Wei
                      dwei@ax-law.com

                 Attorneys for Defendant ICU Eyewear, Inc..

21277680